2025R00164/JS

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Julien Xavier Neals, U.S.D.J. |
| v. | : Crim. No. 25-146 |
| CESAR ELISEO SORTO-AMAYA | : <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, John Giordano, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment against defendant Cesar Eliseo Sorto-Amaya, charging the defendant with illegal reentry by a convicted felon in violation of Title 8, United States Code, Sections 1326(a) and (b)(1), because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
JOHN GIORDANO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. JULIEN XAVIER NEALS
United States District Judge

Dated: March 11, 2025.